IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BOBBY T. LAY     PLAINTIFF

v.     Civil No. 06-5095

JO ANNE B. BARNHART, Commissioner,
Social Security Administration     DEFENDANT

## ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. After review, it is found that plaintiff is unable to pay for the costs for commencement of suit and, accordingly, the following order is entered this 23rd day of May 2006:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of May 19, 2006. Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant, Jo Anne B. Barnhart, Commissioner, Social Security Administration, as well as Alberto R. Gonzales, U.S. Attorney General, and Mark Webb, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 25 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)